**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** FBI

**City** Several

**County** Barnstable, Essex, Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ✔ No

Defendant Name: Steve M. Bajic    Juvenile: ☐ Yes  ✔ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ✔ No

Alias Name: _____

Address: Vancouver, British Columbia, Canada

Birth date (Yr only): 1970   SSN (last 4#): ___   Sex: M   Race: Caucasian   Nationality: Canadian / Croatian

Defense Counsel if known: TBD (Anticipate CJA Request)   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: James R. Drabick    Bar Number if applicable: 667460

**Interpreter:** ☐ Yes  ✔ No    List language and/or dialect: _____

**Victims:** ✔ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ✔ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ✔ No

☐ Warrant Requested    ✔ Regular Process    ☐ In Custody

**Location Status:** British Columbia, Canada

**Arrest Date:** N/A

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ✔ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ✔ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

✔ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/28/2023    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Steve M. Bajic

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013